LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
Melanie J. Grindle (Bar No. 311047)
  *melanie.grindle@lw.com*
Adam A. Herrera (Bar No. 328043)
  *adam.herrera@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

LATHAM & WATKINS LLP
Brett M. Sandford (Bar No. 302072)
  *brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

*Attorneys for Defendant and
Counterclaimant*
Skild AI, Inc.

VERSO LAW GROUP LLP
Gregory S. Gilchrist (Cal. Bar No. 111536)
Ryan Bricker (Cal. Bar No. 269100)
Sophy J. Tabandeh (Cal. Bar No. 287583)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495

Email: greg.gilchrist@versolaw.com
        ryan.bricker@versolaw.com
        sophy.tabandeh@versolaw.com

*Attorneys for Plaintiff and Counterclaimant*
Idea Crossing, Inc. dba "Skild"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IDEA CROSSING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKILD AI, INC.,<br><br>　　　　　Defendant.<br><br>――――――――――――<br><br>SKILD AI, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>IDEA CROSSING, INC.,<br><br>　　　　　Counterdefendant. | CASE NO. 3:26-cv-00668-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON IDEA CROSSING, INC.'S MOTION TO DISMISS AMENDED COUNTERCLAIMS**<br><br><br>Date: June 17, 2026<br>Time: 2:00 PM<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Counterdefendant Idea Crossing, Inc. ("Plaintiff") and Defendant and Counterclaimant Skild AI, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

1.      On April 23, 2026, Defendant filed its Amended Counterclaims.  ECF Nos. 30.

2.      On May 7, 2026, Plaintiff filed a Motion to Dismiss Amended Counterclaims ("Motion to Dismiss").  ECF No. 35.

3.      The hearing on Plaintiff's Motion to Dismiss is currently scheduled for June 17, 2026. *Id.*  Defendant's opposition to the Motion to Dismiss is currently due May 21, 2026, and Plaintiff's reply is due May 28, 2026.  *See* Civil L.R. 7-3(a), (c).

4.      The Parties have not previously modified the briefing schedule on the Motion to Dismiss, and they do not presently request any other modifications to the case schedule.  *See* Declaration of Adam A. Herrera in Support of Stipulation to Extend Briefing Schedule ¶ 2.

5.      Due to conflicting schedules on other cases, and the complexities of the issues raised in the Motion to Dismiss, Defendant's counsel requires additional time to respond to the Motion to Dismiss.  *Id.* ¶ 3.  The Parties have discussed this extension request, and Defendant is willing to grant a reciprocal extension for Plaintiff to file its reply.  *Id.* ¶ 4.

6.      Additionally, if Defendant's deadline to respond to the Motion to Dismiss is extended to June 4, 2026 (the date proposed below), then Plaintiff's counsel will also require additional time to prepare its reply because of preexisting travel plans.  *Id.*

7.      The Parties therefore agree and submit that there is good cause to extend the briefing schedule regarding, and continue the hearing on, Plaintiff's Motion to Dismiss.  *Id.* ¶ 5.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that the briefing schedule should be modified and the hearing should be rescheduled as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Opposition Due | May 21, 2026 | June 4, 2026 |
| Reply Due | May 28, 2026 | June 25, 2026 |
| Hearing on Motion to Dismiss | June 17, 2026 | July 15, 2026, or a future date that is more convenient to the Court |

**IT IS SO STIPULATED.**

Dated: May 15, 2026

LATHAM & WATKINS LLP                    VERSO LAW GROUP LLP

/s/ *Jennifer L. Barry*                      /s/ *Gregory S. Gilchrist*
Jennifer L. Barry (Bar No. 228066)      Gregory S. Gilchrist (Cal. Bar. No. 111536)
 jennifer.barry@lw.com                    greg.gilchrist@versolaw.com
Patrick C. Justman (Bar No. 281324)     Ryan Bricker (Cal. Bar. No. 269100)
 patrick.justman@lw.com                   ryan.bricker@versolaw.com
Melanie J. Grindle (Bar No. 311047)     Sophy J. Tabandeh (Cal. Bar. No. 287583)
 melanie.grindle@lw.com                   sophy.tabandeh@versolaw.com
Adam A. Herrera (Bar No. 328043)        565 Commercial Street, 4th Fl.
 adam.herrera@lw.com                     San Francisco, CA 94111
12670 High Bluff Drive                   Telephone: (415) 534-0495
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax     *Attorneys for Plaintiff and Counterdefendant*
                                        *Idea Crossing, Inc. dba "Skild"*
Brett M. Sandford (Bar No. 302072)
 brett.sandford@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-9095 Fax

*Attorneys for Defendant and*
*Counterclaimant Skild AI, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing shall occur on July 15, 2026, at 2:00 p.m. via Zoom videoconference.**

Dated:  May 19, 2026

Honorable William H. Orrick
United States District Judge

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all of its signatories.

Dated:  May 15, 2026                     /s/ *Jennifer L. Barry*
                                          Jennifer L. Barry