LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
Melanie J. Grindle (Bar No. 311047)
  *melanie.grindle@lw.com*
Adam A. Herrera (Bar No. 328043)
  *adam.herrera@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

LATHAM & WATKINS LLP
Brett M. Sandford (Bar No. 302072)
  *brett.sandford@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

*Attorneys for Defendant and Counterclaimant*
Skild AI, Inc.

VERSO LAW GROUP LLP
Gregory S. Gilchrist (Cal. Bar. No. 111536)
Ryan Bricker (Cal. Bar. No. 269100)
Sophy J. Tabandeh (Cal. Bar. No. 287583)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495

Email: greg.gilchrist@versolaw.com
       ryan.bricker@versolaw.com
       sophy.tabandeh@versolaw.com

*Attorneys for Plaintiff and Counterclaimant*
Idea Crossing, Inc. dba "Skild"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IDEA CROSSING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKILD AI, INC., <br><br> Defendant. <br><hr> SKILD AI, INC., <br><br> Counterclaimant, <br><br> v. <br><br> IDEA CROSSING, INC., <br><br> Counterdefendant. | CASE NO. 3:26-cv-00668-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND BRIEFING SCHEDULE ON IDEA CROSSING, INC.'S MOTION TO DISMISS AMENDED COUNTERCLAIMS** <br><br> Date: August 12, 2026 <br> Time: 2:00 PM <br> Place: Courtroom 2, 17th Floor <br> Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Counterdefendant Idea Crossing, Inc. ("Plaintiff") and Defendant and Counterclaimant Skild AI, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

1.      On April 23, 2026, Defendant filed its Amended Counterclaims.  ECF No. 30.

2.      On May 7, 2026, Plaintiff filed a Motion to Dismiss Amended Counterclaims ("Motion to Dismiss").  ECF No. 35.

3.      On May 15, 2026, the Parties filed a stipulation to extend the briefing schedule on the Motion to Dismiss.  ECF No. 36.  The Court granted the requested extension on May 19, 2026.  ECF No. 37.  The Parties filed a second stipulation to extend the briefing schedule on June 1, 2026, and the Court granted the requested extension on June 2, 2026.  ECF Nos. 38-39.

4.      The hearing on Plaintiff's Motion to Dismiss is currently scheduled for August 12, 2026.  ECF No. 39.  Defendant's opposition to the Motion to Dismiss is due June 25, 2026, and Plaintiff's reply is due July 16, 2026.  *Id.*

5.      The Parties are currently engaged in settlement discussions to try to resolve this matter.  *See* Declaration of Adam A. Herrera in Support of Stipulation to Extend Briefing Schedule ¶ 3.  If the Parties reach a settlement, then it would be unnecessary to complete the briefing on the Motion to Dismiss.  Thus, in an effort to preserve the Court's and Parties' time and resources, the Parties believe that extension of the briefing deadlines and continuance of the related hearing are warranted to give the Parties adequate time to try to settle this matter without further litigation.  *Id.* ¶ 4.

6.      This is the third time that the Parties have sought to modify the briefing schedule on, and continue the hearing regarding, the Motion to Dismiss.  *See id.* ¶ 2.  The Parties do not presently request any other modifications to the case schedule.  *See id.*

7.      The Parties therefore agree and submit that there is good cause to extend the briefing schedule regarding, and continue the hearing on, Plaintiff's Motion to Dismiss.  *Id.* ¶ 5.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that the briefing schedule should be modified and the hearing should be rescheduled as follows:

| Event | Current Date | New Date |
|---|---|---|
| Opposition Due | June 25, 2026 | July 9, 2026 |
| Reply Due | July 16, 2026 | July 30, 2026 |
| Hearing on Motion to Dismiss | August 12, 2026 | August 19, 2026, or a future date that is more convenient to the Court |

**IT IS SO STIPULATED.**

Dated: June 23, 2026

LATHAM & WATKINS LLP

/s/ Jennifer L. Barry
Jennifer L. Barry (Bar No. 228066)
  jennifer.barry@lw.com
Patrick C. Justman (Bar No. 281324)
  patrick.justman@lw.com
Melanie J. Grindle (Bar No. 311047)
  melanie.grindle@lw.com
Adam A. Herrera (Bar No. 328043)
  adam.herrera@lw.com
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax

Brett M. Sandford (Bar No. 302072)
  brett.sandford@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

*Attorneys for Defendant and
Counterclaimant Skild AI, Inc.*

VERSO LAW GROUP LLP

/s/ Ryan Bricker
Gregory S. Gilchrist (Cal. Bar. No. 111536)
  greg.gilchrist@versolaw.com
Ryan Bricker (Cal. Bar No. 269100)
  ryan.bricker@versolaw.com
Sophy J. Tabandeh (Cal. Bar No. 287583)
  sophy.tabandeh@versolaw.com
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495

*Attorneys for Plaintiff and Counterdefendant
Idea Crossing, Inc. dba "Skild"*

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing is set for August 19, 2026, at 2:00 p.m. by Zoom videoconference.**

Dated: June 23, 2026

_____
Honorable William H. Orrick
United States District Judge

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all of its signatories.

Dated:  June 23, 2026                     _/s/ Jennifer L. Barry_
                                                         Jennifer L. Barry