**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IDEA CROSSING, INC., dba "SKILD", | Case No.: 3:26-cv-00668-WHO |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER GRANTING JOINT DISMISSAL** |
| SKILD AI, INC., | |
| Defendant, | |
| AND RELATED COUNTERCLAIMS. | |

Before the Court is the Joint Stipulation of Dismissal by Idea Crossing, Inc. and Skild AI, Inc. (collectively, the "Parties"). After due consideration, the Court GRANTS the Stipulation and DISMISSES WITH PREJUDICE all claims and counterclaims asserted by the Parties in the above captioned case. The Court further orders the Parties to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____
Honorable William H. Orrick
United States District Judge

~~[PROPOSED]~~ ORDER]
CASE NO. 3:26-cv-00668-WHO

- 1 -